UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER O'ROURKE,<br><br>                  Plaintiff<br><br>            -v.-<br><br>REVLOM ASSOCIATES LLC and<br>DIAMOND NEWS, INC.,<br><br>                  Defendants. | 20 Civ. 996 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On March 31, 2020, Plaintiff and Defendant Revlom Associates LLC stipulated that Defendant Revlom Assoicates LLC would have until June 1, 2020, to answer or otherwise respond to the Complaint.  Accordingly, the initial pretrial conference currently scheduled for April 28, 2020, is hereby ADJOURNED to June 16, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated:    April 24, 2020
               New York, New York

                                                   KATHERINE POLK FAILLA
                                                 United States District Judge